UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAURICE RICKS

  Plaintiff,

-vs-                              CASE NO.:  3:16-CV-00205-HES-PDB

ALLIED INTERSTATE, LLC

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Taurice Ricks, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated:  April 26, 2018.

                                                            */s/Frank H. Kerney, III, Esquire*
                                                            Frank H. Kerney, III, Esquire
                                                            Florida Bar #: 88672
                                                            Morgan & Morgan, Tampa, P.A.
                                                           One Tampa City Center
                                                          201 North Franklin Street, 7th Floor
                                                          Tampa, FL 33602
                                                          Telephone: (813) 223-5505
                                                         Facsimile:  (813) 223-5402
                                                         fkerney@forthepeople.com
                                                         jkneeland@forthepeople.com
                                                         snazario@forthepeople.com
                                                          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the

following by operation of the Court's Electronic Filing System:  Patrick Broderick, Greenberg Traurig, LLP  Suite 300 E   777 S Flagler Dr   West Palm Beach, FL 33401 (broderickp@gtlaw.com); John A. Wirthlin, Esquire, Williams & Wirthlin, P.A., 111A Florida Avenue, Inverness, FL 34453 (john@williamswirthlin.com); Siobhan E. P. Grant, Liebler, Gonzalez & Portuondo, 44 West Flagler Street, Miami, FL 33130 (sepg@lgplaw.com).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Counsel for Plaintiff
