UNITED STATES  DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAURICE RICKS,

          **Plaintiff,**

v.                                  **Case No.  3:16-cv-205-J-20PDB**

ALLIED INTERSTATE, L.L.C. and
SYNCHRONY FINANCIAL,
          **Defendants.**

_____/

## O R D E R

This cause is before this Court on Plaintiff's "Notice of Pending Settlement" (Dkt. 36). In this pleading, Plaintiff explains that a settlement has been reached in this case.

Accordingly, it is so **ORDERED**:

1. The administrative closure of this case is lifted and it is re-opened;

2. Based on Plaintiff's "Notice of Pending Settlement" (Dkt. 36) this case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of May, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Frank H. Kerney , III, Esq.
Patrick G. Broderick, Esq.
John Aaron Wirthlin, Esq.
Jessica B. Reyes, Esq.
Siobhan Grant, Esq.