UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAURICE RICKS,

      Plaintiff,

v.                                                    Case No. 3:16-cv-205-J-20PDB

ALLIED INTERSTATE, LLC and
SYNCHRONY FINANCIAL,

      Defendants.
_____/

## ORDER

This matter is before this Court on the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 39).

Accordingly, it is so **ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 39) is **GRANTED** and this action is **dismissed with prejudice**; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this /3/ day of June, 2018.

                                                    HARVEY E. SCHLESINGER
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
Frank H. Kerney, III, Esq.
Patrick G. Broderick, Esq.
John Aaron Wirthlin, Esq.
Jessica B. Reyes, Esq.
Siobhan Grant, Esq.